UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>David Thibodeau</u>

        v.                            Civil No. 09-cv-309-JL

<u>Christopher Mudgett, et al.</u>

<u>O R D E R</u>

To assist the court in evaluating the defendants' summary judgment motion (document no. 10) and the plaintiff's summary judgment objection (document no. 15), the parties shall submit supplemental briefs on the following issue by **October 6, 2010:** whether Officer Mudgett, as a municipal police officer in the state of New Hampshire, had authority to stop, detain, and arrest the plaintiff in the state of Vermont, and if so, what the legal basis of that extra-territorial authority was. To the extent, if any, that the defendants intend to rely on any interstate compact(s) or mutual aid agreement(s) to establish such authority (as suggested by Officer Mudgett at his deposition), the defendants shall submit those compact(s) or agreement(s) as exhibits. The parties' supplemental briefs shall be limited to 15 pages each, not including exhibits or attachments.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

September 22, 2010

cc:    Sven Wiberg, Esq.
       Charles Bauer, Esq.